IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JAMES RICHARD DUDLEY,**

    **Plaintiff,**

    v.                                                CASE NO. 24-3177-JWL

**KANSAS DEPARTMENT OF**
**CORRECTIONS, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff, James Richard Dudley, who is currently incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas, brings this pro se civil rights case under 42 U.S.C. § 1983. On October 8, 2024, the Court entered a Memorandum and Order (Doc. 3) finding that Plaintiff is subject to the "three-strikes" provision under 28 U.S.C. § 1915(g), and granting Plaintiff until November 8, 2024, to submit the $405.00 filing fee. The Court granted Plaintiff's motion for an extension of time and extended the deadline to November 22, 2024. (Doc. 6.) This matter is before the Court on Plaintiff's second Motion for Extension of Time (Doc. 16).

In granting Plaintiff the first extension of time, the Court cautioned Plaintiff that "[t]he failure to submit the fee by that date will result in the dismissal of this matter without prejudice and without additional prior notice." (Doc. 6, at 2.) Plaintiff has now filed a second motion seeking an extension of time to submit the filing fee. He does not indicate in the motion how much additional time he needs.

Under 28 U.S.C. § 1914(a), "the plaintiff must ordinarily prepay the filing fee" unless he or she is granted leave to proceed in forma pauperis. *Hoffmeister v. United Student Aid Funds, Inc.*, 818 F. App'x 802, 805 (10th Cir. 2020) (unpublished); *see also* 28 U.S.C. § 1914(a) ("The

clerk of each district court *shall* require the parties instituting any civil action . . . in such court . . . to pay a filing fee . . . ." (emphasis added)).  Therefore, the filing fee is due when a case is filed.

The Court will grant a short extension of time.  However, the Court will not grant any additional extensions, and Plaintiff's failure to submit the fee by the new deadline will result in the dismissal of this matter without prejudice and without additional prior notice.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Extension of Time (Doc. 16) is **granted** to the extent that the Court extends the deadline to submit the $405.00 filing fee to **November 29, 2024.**  The failure to submit the fee by that date will result in the dismissal of this matter without prejudice and without additional prior notice.

**IT IS SO ORDERED**.

Dated November 20, 2024, in Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE
