IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,

    **Plaintiff,**

    v.                                                      CASE NO. 24-3177-JWL

KANSAS DEPARTMENT OF CORRECTIONS, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

    Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is in custody at the El Dorado Correctional Facility in El Dorado, Kansas. On December 2, 2024, the Court entered a Memorandum and Order dismissing this case for failure to state a claim. (Docs. 18, 19.) Plaintiff filed a Notice of Appeal (Doc. 21) on January 7, 2025. This matter is before the Court on Plaintiff's "Motion of Surrender of All Rights Secured by the United States of America." (Doc. 20.) The motion surrenders rights "secured under the false identity" associated with Plaintiff's social security number, releases all material items of value discovered or gained by Plaintiff's mind, and demands Plaintiff's execution. *Id.* The Court has reviewed the motion and finds that nothing therein warrants reconsideration of the dismissal of this matter, the reopening of this case, or any further action by this Court.

    **IT IS THEREFORE ORDERED** that the motion (Doc. 20) is **denied.** Copies of this order shall be transmitted to Plaintiff and to the Clerk of the U.S. Court of Appeals for the Tenth Circuit.

    **IT IS SO ORDERED**.
    Dated January 7, 2025, in Kansas City, Kansas.

                                      **S/ John W. Lungstrum**
                                      **JOHN W. LUNGSTRUM**
                                      **UNITED STATES DISTRICT JUDGE**